# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 26, 2011

143213-4

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

GREAT LAKES SOCIETY,
        Plaintiff-Appellant,

v

GEORGETOWN CHARTER TOWNSHIP,
GEORGETOWN TOWNSHIP ZONING
ADMINISTRATOR and GEORGETOWN
TOWNSHIP ZONING BOARD OF APPEALS,
        Defendants-Appellees.

        SC: 143213
        COA: 296370
        Ottawa CC: 03-045966-AA

_____

GREAT LAKES SOCIETY,
        Plaintiff-Appellant,

v

GEORGETOWN CHARTER TOWNSHIP and
GEORGETOWN CHARTER TOWNSHIP
ZONING BOARD OF APPEALS,
        Defendants-Appellees.

        SC: 143214
        COA: 296372
        Ottawa CC: 05-051308-AA

_____/

On order of the Court, the application for leave to appeal the April 28, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 26, 2011

_____
Clerk

p0919